# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ROBERT J. HOWARD,

        Plaintiff,

vs.

BANK OF AMERICA, N.A., *et al.*,

        Defendants.

2:15-cv-02348-KJD-VCF

**ORDER**

    Before the court is Plaintiff's proposed discovery plan and scheduling order (#18).

    IT IS HEREBY ORDERED that a hearing on Plaintiff's proposed discovery plan and scheduling order (#18) is scheduled for 10:00 a.m., February 19, 2016, in courtroom 3D.

    DATED this 3rd day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE