# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ROBERT J. HOWARD,

        Plaintiff,

vs.

BANK OF AMERICA, N.A., *et al.*,

        Defendants.

2:15-cv-02348-KJD-VCF

**ORDER**

    Plaintiff has filed a Notice of Settlement between Plaintiff and the last remaining defendant in this matter. (#21).

    Accordingly,

    IT IS HEREBY ORDERED that the proposed Discovery Plan and Scheduling Order is DENIED as MOOT. (#18).

    IT IS FURTHER ORDERED that the hearing scheduled for 10:00 a.m., February 19, 2016 is VACATED.

    DATED this 4th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE