# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ROBERT J. HOWARD,

        Plaintiff,

vs.

BANK OF AMERICA, N.A., *et al.*,

        Defendants.

2:15-cv-02348-KJD-VCF

**ORDER**

    Before the court is Plaintiff's Notice of Withdrawal of Notice of Settlement Between Plaintiff and Defendant Chase Mortgage by Robert J. Howard (#25).

    Accordingly,

    IT IS HEREBY ORDERED that a status hearing is scheduled for 11:30 a.m., April 14, 2016, in courtroom 3D.

    DATED this 24th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE