**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ROBERT J. HOWARD, | |
| Plaintiffs, | 2:15-cv-02348-KJD-VCF |
| vs. | **ORDER** |
| BANK OF AMERICA, N.A., *et al.*, | |
| Defendants. | |

The court has reviewed Plaintiff's Unopposed Motion to Strike ECF Nos. 24 and 25 (#28).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Strike ECF Nos. 24 and 25 (#28) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff and the remaining Defendants must file a proposed stipulation and order for dismissal on or before May 6, 2016.

IT IS FURTHER ORDERED that the hearing scheduled for 11:30 a.m., April 14, 2016 is VACATED.

DATED this 6th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE