Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. HOWARD,<br><br>            Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE and EQUIFAX INFORMATION SERVICES, LLC,<br><br>            Defendants. | Case No.: 2:15-cv-02348-KJD-VCF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.** |

**STIPULATION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Robert J. Howard and Defendant Bank of America, N.A. ("BANA") stipulate to dismiss with prejudice Plaintiff's claims against BANA in this case.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 23rd day of May 2016.

KAZEROUNI LAW GROUP, APC

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorney for Plaintiff*

AKERMAN LLP

By: /s/ Matthew I. Knepper
Matthew I. Knepper
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorney for Defendant Bank of America, N.A.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 25, 2016